IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN J. TAURO**, | ) |
| Plaintiff, | ) |
| v. | ) 2:13cv1531 |
| | ) **Electronic Filing** |
| **OCC-QALL CORD PHILLIPINES,** | ) |
| **LTD CO.** and **AURELIO JOLIN**, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 8th day of January, 2015, upon consideration of Plaintiff's Motion for Treble Damages (**Document No. 12**), which the Court deemed a Motion for Default Judgment, and after a hearing in open Court,

IT IS HEREBY ORDERED that the Motion for Default Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff, John J. Tauro, and against Defendants, OCC-Qall Cord Philippines, Ltd. and Aurelio Jolin, jointly and severally, in the amount of Fifty-Four Thousand Dollars ($54,000.00). The Clerk shall mark this case closed.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:  John J. Tauro
    11 Cornell Avenue #2
    Pittsburgh, PA 15229

    (*Via First Class Mail*)